IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-0116-01-CR-W-SOW |
| | ) | |
| THOMAS CASEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court are the Report and Recommendation of United States Magistrate John T. Maughmer regarding defendant's Motion to Suppress Illegally Obtained Evidence and Statements (Doc. #16) and defendant Casey's Objections. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Illegally Obtained Evidence and Statements (Doc. #16) is denied.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date:  9/16/2008